E. BRYAN WILSON
Acting United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTOPHER PANAGIOTOU-SCIGLIANO,<br><br>　　　　　　Defendant. | No. 3:21-cr-00068-SLG-DMS<br><br>COUNT 1:<br>SEXUAL EXPLOITATION OF CHILDREN – PRODUCTION OF CHILD PORNOGRAPHY<br>　Vio. of 18 U.S.C. § 2251(a), (e)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>　18 U.S.C. § 2253 and 28 U.S.C. § 2461(c) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

In about February 2019, within the District of Alaska, at or near Haines, the defendant, CHRISTOPHER PANAGIOTOU-SCIGLIANO, employed, used, persuaded,

induced, enticed, and coerced a minor, "Victim A", with the intent that the minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and was transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 2251(a), (e).

CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253 and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 2251, as set forth in Count 1 of this Indictment, the defendant, CHRISTOPHER PANAGIOTOU-SCIGLIANO, shall forfeit to the United States pursuant to 18 U.S.C. § 2253 and 28 U.S.C. § 2461(c) his interest in any and all matter which contains visual depictions produced, transported, mailed, shipped, or received in violation thereof; any property constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the aforementioned violation; and any and all property used or intended to be used to commit and to promote the commission of the aforementioned violation, including but not limited to a Dell Inspiron 3583 computer, serial number 8DNW5Z2.

//

//

All pursuant to 18 U.S.C. § 2253 and 28 U.S.C. § 2461(c).

A TRUE BILL.

                                                s/ Grand Jury Foreperson
                                                GRAND JURY FOREPERSON

s/ Kyle Reardon for
JAMES KLUGMAN
Assistant U.S. Attorney
United States of America

s/ E. Bryan Wilson
E. BRYAN WILSON
Acting United States Attorney
United States of America

Date:    7/22/21