Query   Reports   Utilities   Help   What's New   Log Out

TERMED

# U.S. District Court
## District of Idaho (LIVE) NextGen 1.6 (CDA - Northern)
### CRIMINAL DOCKET FOR CASE #: 2:21-mj-00606-CWD All Defendants

| | |
|---|---|
| Case title: USA v. Panagiotou-Scigliano | Date Filed: 07/26/2021 |
| Other court case number: 3:21-cr-68-SLG-DMS District of Alaska (Anchorage) | Date Terminated: 07/28/2021 |

Assigned to: Judge Candy W. Dale

**Defendant (1)**

**Christopher Panagiotou-Scigliano**
*TERMINATED: 07/28/2021*

represented by **Molly Winston**
Federal Defenders of Eastern Washington & Idaho
10 N. Post St.
Suite 700
Spokane, WA 99201
509-624-7606
Email: molly_winston@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**North Federal Defender**
Federal Defenders Of Eastern Washington & Idaho
Spokane Office
North 10 Post, Suite 700
Spokane, WA 99201
509-624-7606
Fax: 509-747-3539
Email: Andrea_George@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**           **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                  **Disposition**

None

---

**Plaintiff**

USA                             represented by   **Bryce Bland Ellsworth**
                                                 US Attorney's Office
                                                 6450 N. Mineral Drive, Suite 210
                                                 Coeur d'Alene, ID 83815
                                                 208-667-6568
                                                 Email: bryce.ellsworth@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2021 | 1 | Rule 5(c)(3) Documents Received from the District of Alaska (Anchorage) Case No. 3:21-cr-68-SLG-DMS as to Christopher Panagiotou-Scigliano (Notice sent to USP & USM) (Attachments: # 1 Indictment, # 2 Arrest Warrant)(jd) |
| 07/26/2021 | 2 | MOTION for Detention (Notice sent to USP) by USA as to Christopher Panagiotou-Scigliano. (Ellsworth, Bryce) |
| 07/26/2021 | 3 | DOCKET ENTRY NOTICE OF HEARING as to Christopher Panagiotou-Scigliano (Notice sent to USP & USM) Video Initial Appearance - Rule 5(c)(3) set for 7/28/2021 10:30 AM MT, 09:30 AM PT Video - Boise to Other location before Judge Candy W. Dale. Counsel to receive video link via separate notification. Members of the public may use the following to attend this matter via Audio ONLY: 1-669-254-5252, Meeting ID: 161 147 7093, Meeting Passcode: 113807. Persons granted remote access to proceedings are reminded of the general prohibition under federal law and Local Rule 83.1 against photographing, recording, and rebroadcasting of court proceedings. (at) |
| 07/27/2021 | 8 | CJA 23 Financial Affidavit by Christopher Panagiotou-Scigliano. (jd) (Entered: 07/28/2021) |
| 07/28/2021 | 4 | Docket Text Minute Entry for proceedings held before Judge Candy W. Dale: |

| | | |
|---|---|---|
| | | Appearance by Bryce Ellsworth for the Government; Federal Defender Molly Winston appointed for the Defendant. Probation Officer Gavin Zickefoose present. All parties appeared via Zoom. Video Initial Appearance in Rule 5(c)(3) Proceedings as to Christopher Panagiotou-Scigliano held on 7/28/2021. Court Reviewed CJA23 Financial Affidavit. Maximum penalties as stated on the record. Rights advised. Defendant's true name, as confirmed on the record: Christopher Panagiotou-Scigliano. Notice re: GO#392, DPPA given. Waiver of Rule 5 (c)(3) Hearing and Detention Hearing executed. Docket Entry Order of Detention forthcoming. Rule 20 discussed. Assertion of Fifth and Sixth Amendment Rights also executed. Commitment to Another District entered. Defendant remanded to USMS and shall be transported to the District of Alaska for further proceedings. Oral Motion to Retain Bail Report Granted. (Notice sent to USP & USM) Time in Court 10:30-10:41 AM MT. (ESR A. Tate.) Audio File Location Other. (at) |
| 07/28/2021 | 5 | DOCKET TEXT DUE PROCESS PROTECTIONS ACT ORDER as to Christopher Panagiotou-Scigliano: The Government shall adhere to all provisions of General Order #392. Signed by Judge Candy W. Dale. (at) |
| 07/28/2021 | 6 | DOCKET ENTRY ORDER APPOINTING FEDERAL DEFENDER: as to Christopher Panagiotou-Scigliano. On the basis of the sworn financial affidavit, the Court finds Defendant is financially unable to retain counsel. It is hereby ORDERED that the Federal Defenders of Eastern Washington and Idaho is hereby appointed to represent Defendant in these proceedings pursuant to Title 18 United States Code 3006A. IT IS FURTHER ORDERED that the Federal Defender shall immediately notify the Clerk's Office of any conflict of interest or inability to continue this appointment. Signed by Judge Candy W. Dale. (at) |
| 07/28/2021 | 7 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS by Christopher Panagiotou-Scigliano. (jd) |
| 07/28/2021 | 9 | WAIVER of Rule 5(c)(3) Hearing by Christopher Panagiotou-Scigliano (Notice sent to USP & USM) (jd) |
| 07/28/2021 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Christopher Panagiotou-Scigliano. Defendant committed to District of District of Alaska Case No. 3:21-cr-68-SLG-DMS. (Notice sent to USP & USM). Signed by Judge Candy W. Dale.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jd) |
| 07/28/2021 | 11 | Notice to District of Alaska of a Rule 5 or Rule 32 Initial Appearance as to Christopher Panagiotou-Scigliano. Your case number is: 3:21-cr-68-SLG-DMS. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries via the case number link. The clerk will transmit restricted documents via email. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_IDD@id.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (jd) |
| 07/28/2021 | 12 | DOCKET ENTRY ORDER OF DETENTION as to Christopher Panagiotou-Scigliano (Notice sent to USP & USM) Based upon the foregoing Waiver of |

| | Detention Hearing, as included in Dkt. 9 Waiver of Rule 5(c)(3) Hearing, IT IS HEREBY ORDERED that the Defendant be detained prior to trial or revocation without prejudice; IT IS FURTHER ORDERED that the Defendant be committed to the custody of the United States Marshal for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; IT IS FURTHER ORDERED that the Defendant be afforded reasonable opportunity for private consultation with his/her counsel; and, IT IS FURTHER ORDERED that the director of the correctional facility in which the Defendant is confined shall make the Defendant available to the United States Marshal for the purpose of appearance in connection with a Court Proceeding. Signed by Judge Candy W. Dale. (at) |
|---|---|