AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Northern District of Idaho

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:21-MJ-606-CWD |
| ) | |
| Christopher Panagiotou-Scigliano ) | Charging District's Case No. 3:21-CR-68-SLG-DMS-1 |
| Defendant ) | |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*
United States District Court for the District of Alaska

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/28/21

I certify I have reviewed this document with Mr. Panagiotou-Scigliano and he authorized me to sign electronically on his behalf.
Attorney Signature: /s/ Molly M. Winston
Attorney Name: Molly M. Winston
Date: 7/28/21

*Defendant's signature*
/s/ Christopher Panagiotou-Scigliano

*Signature of defendant's attorney*
/s/ Molly M. Winston

*Printed name of defendant's attorney* Molly M. Winston