IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br><br><br>DEFENDANT'S ASSERTION OF<br>FIFTH AND SIXTH AMENDMENT<br>RIGHTS |

　　　　I, the above-named defendant hereby assert my rights under the Fifth and Sixth Amendments of the United States Constitution, including but not limited to my rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf.  I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel.  I do not wish to have, nor do I consent to, any contact with any government official, state or federal, including but not limited to law enforcement agents, except through my counsel.  I do not want the government or others acting on the government's behalf to question me, or to contact me seeking a waiver of any rights, unless my counsel is present.  The Government should so instruct its agents. This is meant to apply to any and all legal matters and/or investigations.

Dated this __28th__ day of __July_____, 2021.

Respectfully,

_/s/ Christopher Panagiotou-Scigliano_
Defendant

_____
Attorney

I certify I have reviewed this document with Mr. Panagiotou-Scigliano and he authorized me to sign electronically on his behalf.
Attorney Signature: _/s/ MW_
Attorney Name: Molly M. Winston
Date: 7/28/21