John P. Cashion
Cashion Gilmore LLC
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7932
Email: john@cashiongilmore.com

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER PANAGIOTOU-SCIGLIANO,<br><br>　　　　　Defendant. | 3:21-cr-00068-SLG-DMS<br><br><br>**MOTION FOR BAIL REVIEW HEARING** |

COMES NOW Defendant Christopher Panagiotou-Scigliano, by and through counsel, and hereby moves for the scheduling of a detention or bail review hearing.

Mr. Panagiotou-Scigliano appeared before Judge Candy W. Dale on this indictment in the District of Idaho on July 28, 2021 and was remanded to the United States Marshal Service (USMS) for transport to the District of Alaska.[1] When that transport will occur is unknown, and defense counsel has

---

[1] *See United States v. Panagiotou-Scigliano*, 2:21-mj-00606-CWD.

an active federal case where the USMS required almost five months to transport a defendant from Mississippi to Alaska.[2]

Mr. Panagiotou-Scigliano's release proposal is for home incarceration in Las Vegas, Nevada, with a third-party custodian named Rick Phegley. United States Probation and Pretrial Services, as well as the U.S. Attorney's Office, were advised of the defense's release proposal on August 2, 2021. United States Probation Officer Kyle Mansfield is in possession of Mr. Phegley's third-party custodian application, he has interviewed Mr. Phegley and remotely inspected the residence where Mr. Panagiotou-Scigliano is to reside, and Probation Officer Mansfield is also coordinating efforts and communications with U.S. Probation and Pretrial Services in Las Vegas. Probation Officer Mansfield advised defense counsel today that the investigation of the release proposal is ongoing, but that there is no objection to filing of a motion for a bail review hearing at this time.

Mr. Panagiotou-Scigliano was on release conditions in a related state court prosecution in Idaho at the time of his arrest on this federal indictment. Mr. Panagiotou-Scigliano was in compliance with all release requirements in that case, and Mr. Phegley was residing with Mr. Panagiotou-Scigliano in Idaho as part of that court-approved release proposal. It is expected that the state court in Idaho will soon remand Mr. Panagiotou-Scigliano on that state

---

[2] *See United States v. Marvin Nelson*, 3:19-cr-00112-TMB-DMS (Mr. Nelson was arrested in Mississippi on his federal indictment on September 24, 2020, and appeared in the District of Alaska on February 19, 2021).

case, as the Idaho court has been denied permission by the USMS to transport Mr. Panagiotou-Scigliano to related state court proceedings in Idaho. Defense counsel can update the Court on the precise status of detention issues in the related state court matter at the time of Mr. Panagiotou-Scigliano's bail review hearing.

Mr. Panagiotou-Scigliano's release proposal calls for home incarceration with GPS location monitoring based out of Mr. Phegley's condominium at Turnberry Towers, 222 Karen Avenue, Las Vegas, Nevada. Mr. Phegley is willing to act as a third-party custodian. The condominium has two bedrooms, and there are no other residents in Mr. Phegley's condominium. The home incarceration proposal seeks passes limited to court appearances as required, attorney meetings, medical and treatment.

Mr. Panagiotou-Scigliano is currently housed at the Bonner County Jail in Idaho. In addition to ordering his transport to the District of Alaska, Judge Dale ordered the director of the correctional facility in which Mr. Panagiotou-Scigliano is confined to make him available to the USMS for the purpose of appearance in connection with a court proceeding.[3] It is requested that the Court allow Mr. Panagiotou-Scigliano to participate in the requested hearing via phone or video conference from the Bonner County Jail as arranged by the USMS.

---

[3] *See United States v. Panagiotou-Scigliano*, 2:21-mj-00606-CWD, Docket No. 12.

Furthermore, for purposes of bail review hearing scheduling, defense counsel advises the Court that he will be out of District and unavailable between the dates of August 23 and August 27, 2021.

It is respectfully requested that the Court calendar a bail review hearing to evaluate and consider Mr. Panagiotou-Scigliano's release proposal.

DATED this 13th day of August 2021, at Anchorage, Alaska.

CASHION GILMORE LLC
Attorneys for Defendant

s/ John P. Cashion
510 L Street, Suite 601
Anchorage, AK  99501
Phone:  (907) 222-7932
Fax:  (907) 222-7938
Email: john@cashiongilmore.com
Alaska Bar No. 9806025

Certificate of Service

I hereby certify that on August 13, 2021,
a copy of the foregoing document was
served electronically on:

AUSA James Klugman

s/ John P. Cashion