UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER PANAGIOTOU-
SCIGLIANO,

Defendant.

3:21-cr-00068-SLG-DMS

**PROPOSED ORDER**

Mr. Panagiotou-Scigliano's motion for the scheduling of a bail review hearing is **GRANTED**.

A bail review hearing is calendared to proceed on _____. Per his request, if not yet in the District of Alaska, Mr. Panagiotou-Scigliano is to participate in the bail review hearing remotely from the Bonner County Jail in Idaho by either telephone or video conference as arranged by the United States Marshal Service.

DATED this _____ day of _____ 2021, at Anchorage, Alaska.

_____
Deborah M. Smith
Chief U.S. Magistrate Judge