## Case Information

CR-2014-1903 | State of Idaho vs. Chris Panagiotou-Scigliano

| | | |
|---|---|---|
| Case Number<br>CR-2014-1903<br>File Date<br>03/25/2014 | Court<br>Bonner County Magistrate Court<br>Case Type<br>Criminal | Judicial Officer<br>Heise, Debra A.<br>Case Status<br>Closed |

## Party

State
State of Idaho

Active Attorneys ▼
Lead Attorney
Bonner County Prosecutor

Defendant
Panagiotou-Scigliano, Chris

  Aliases
  CONV Sturni, Christopher
DOB
XX/XX/1981

Active Attorneys ▼
Lead Attorney
Powell, Bryce W.
Retained

## Charge

Charges
Panagiotou-Scigliano, Chris

| | Description | Citation | Statute | Level | Date |
|---|---|---|---|---|---|
| 1 | Arrests & Seizures-Resisting or Obstructing Officers | ISP0271198 | I18-705 | Misdemeanor | 03/22/2014 |

## Bond

| Bond Type | Bond Number | Bond Amount | Current Bond Status |
|---|---|---|---|
| Cash Bond | CR-2014-1903 | $300.00 | Forfeited |

## Disposition Events

08/18/2015 Plea ▼

| 1 | Arrests & Seizures-Resisting or Obstructing Officers | Not Guilty |
|---|---|---|

08/27/2015 Disposition ▼

| 1 | Arrests & Seizures-Resisting or Obstructing Officers | Dismissed on Motion of Prosecutor |
|---|---|---|

## Events and Hearings

**03/24/2014 Notice** ▼

Judicial Officer
Clerk, Magistrate Court

Comment
Notice to Defendant

**03/25/2014 Initiating Document - Auto Import** ▼

Judicial Officer
Clerk, Magistrate Court

Comment
New Case Filed, Citation Import

**03/25/2014 Prosecutor Assigned** ▼

Judicial Officer
Clerk, Magistrate Court

Comment
Prosecutor assigned Bonner County Prosecutor

**03/26/2014 Bond Posted - Cash** ▼

Judicial Officer
Clerk, Magistrate Court

Comment
Bond Posted - Cash (Receipt 4885 Dated 3/26/2014 for 300.00)

**04/08/2014 Affidavit of Probable Cause** ▼

Judicial Officer
Clerk, Magistrate Court

Comment
Affidavit Of Probable Cause

**04/09/2014 Probable Cause Order** ▼

Judicial Officer
Heise, Debra A.

Comment
Order Finding Probable Cause

**04/09/2014 Change Assigned Judge** ▼

Judicial Officer
Heise, Debra A.

Comment
Change Assigned Judge

**04/09/2014 Hearing Scheduled** ▼

Judicial Officer
Heise, Debra A.

Comment
Hearing Scheduled (Arraignment/Bond Appr 05/16/2014 09:00 AM)

**04/09/2014 ROA - Converted Event** ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Notice of Hearing |

**04/17/2014 ROA - Converted Event** ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Returned/undeliverable Mail - Defs copy of Notc of Hearing |

**05/06/2014 ROA - Converted Event** ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Driving Record Requested |

**05/08/2014 Driving Record** ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Driving Record |

**05/16/2014 Arraignment** ▼

Judicial Officer
Heise, Debra A.

Hearing Time
09:00 AM

Result
Hearing Held

Comment
Hearing result for Arraignment/Bond Appr scheduled on 05/16/2014 09:00 AM: Hearing Held

**05/16/2014 Court Minutes** ▼

Comment
AUDIO TAPE NUMBER: 4; HEARING TYPE: Arraignment; MINUTES CLERK: Ann Phillips; PROSECUTOR: Bonner County Prosecutor; START TIME: 05/16/2014 9:57AM STOP TIME: 05/16/2014 9:59AM ENTRY BY: PHILLIPS; LAST UPDATE BY: PHILLIPS;

**05/16/2014 Court Minutes** ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Court Minutes Hearing type: Arraignment Hearing date: 5/16/2014 Time: 9:57 am Courtroom: Court reporter: Minutes Clerk: Ann Phillips Tape Number: 4 Defense Attorney: Prosecutor: Bonner County Prosecutor |

**05/16/2014 Hearing Held** ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Hearing result for Arraignment/Bond Appr scheduled on 05/16/2014 09:00 AM: Hearing Held |

05/16/2014 Continued ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Hearing result for Arraignment/Bond Appr scheduled on 05/16/2014 09:00 AM: Continued |

05/16/2014 Hearing Scheduled ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Hearing Scheduled (Arraignment 06/06/2014 09:00 AM) |

05/16/2014 ROA - Converted Event ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Notice of Hearing |

05/16/2014 Agreement ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Pre-Trial Settlement Agreement (resolution proposal) |

06/06/2014 Arraignment ▼

Judicial Officer
Heise, Debra A.

Hearing Time
9:00 AM

Result
Failed to Appear for Hearing or Trial

Comment
Hearing result for Arraignment scheduled on 06/06/2014 09:00 AM: Failure To Appear For Hearing Or Trial

06/06/2014 Court Minutes ▼

Comment
AUDIO TAPE NUMBER: 4; HEARING TYPE: Arraignment; MINUTES CLERK: Sandra Rasor; PROSECUTOR: Bonner County Prosecutor; START TIME: 06/06/2014 0:20AM STOP TIME: 06/06/2014 0:21AM ENTRY BY: RASOR; LAST UPDATE BY: RASOR;

06/06/2014 Court Minutes ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Court Minutes Hearing type: Arraignment Hearing date: 6/6/2014 Time: 10:20 am Courtroom: Court reporter: Minutes Clerk: Sandra Rasor Tape Number: 4 Defense Attorney: Prosecutor: Bonner County Prosecutor |

Case 3:21-cr-00068-SLG-MMS   Document 18-1   Filed 09/16/21   Page 5 of 10

**06/06/2014 Agreement** ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Pre-Trial Settlement Agreement |

**06/06/2014 Failure to Appear for Hearing Or Trial** ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Hearing result for Arraignment scheduled on 06/06/2014 09:00 AM: Failure To Appear For Hearing Or Trial |

**06/06/2014 ROA - Converted Event** ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Notice of Forfeiture of Bond |

**06/06/2014 Warrant/Det Order Issued - Bench** ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Warrant Issued - Bench Bond amount: 2000.00 Failed to Appear Arraignment 06/06/14 @ 9:00 a.m. Defendant: Panagiotou-Seigliano, Chris C |

**06/06/2014 Status Changed** ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | STATUS CHANGED: Inactive |

**06/17/2014 ROA - Converted Event** ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Affidavit and Notice of Failure to Appear - Overdue - list only (warrant outstanding) - Step 1, Failure to Appear - Charge # 1, Arrests & Seizures-Resisting or Obstructing Officers Appearance date: 7/1/2014 |

**03/26/2015 Minute Entry** ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Minute Entry re: forfeit bond?--so ordered per Judge Heise |

**03/31/2015 Bond Forfeited - FTA** ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Bond Forfeited - Fta (Amount 300.00) |

**08/18/2015 Appearance through Attorney** ▼

| | |
|---|---|
| Judicial Officer | Comment |
| Heise, Debra A. | Notice of Appearance, Plea and Demand for Jury Trial |

08/18/2015 Request for Discovery ▼

| | |
|---|---|
| Judicial Officer | Comment |
| Heise, Debra A. | Defendant's Request For Discovery |

08/18/2015 Supplemental Request for Discovery ▼

| | |
|---|---|
| Judicial Officer | Comment |
| Heise, Debra A. | Defendant's First Supplemental Request for Discovery |

08/18/2015 Motion ▼

| | |
|---|---|
| Judicial Officer | Comment |
| Heise, Debra A. | Motion To Quash Bench Warrant |

08/18/2015 Notice of Hearing ▼

| | |
|---|---|
| Judicial Officer | Comment |
| Heise, Debra A. | Notice Of Hearing On Motion To Quash Bench Warrant: Tuesday, August 25, 2015 at 9:00am |

08/18/2015 Notice of Appearance ▼

| | |
|---|---|
| Judicial Officer | Comment |
| Heise, Debra A. | Defendant: Panagiotou-Scigliano, Chris Appearance Bryce W Powell |

08/18/2015 A Plea is entered for Charge:* ▼

| | |
|---|---|
| Judicial Officer | Comment |
| Heise, Debra A. | A Plea is entered for charge: - NG (I18-705 Arrests & Seizures-Resisting or Obstructing Officers) |

08/18/2015 Hearing Scheduled ▼

| | |
|---|---|
| Judicial Officer | Comment |
| Heise, Debra A. | Hearing Scheduled (Motion 08/25/2015 09:00 AM) Motion to Quash Bench Warrant |

08/24/2015 Request for Discovery ▼

| | |
|---|---|
| Judicial Officer | Comment |
| Heise, Debra A. | Plaintiff's Request For Discovery |

08/24/2015 Response to Request for Discovery ▼

| | |
|---|---|
| Judicial Officer | Comment |
| Heise, Debra A. | Plaintiff's Response To Request For Discovery |

### 08/24/2015 Response to Request for Discovery ▼

| | |
|---|---|
| Judicial Officer | Comment |
| Heise, Debra A. | Defendant's Response To Plaintiff's Request For Discovery |

### 08/25/2015 Hearing Scheduled ▼

Judicial Officer
**Heise, Debra A.**

Hearing Time
**09:00 AM**

Result
**Hearing Held**

Comment
Motion to Quash Bench Warrant Hearing result for Warrant Hearing scheduled on 08/25/2015 09:00 AM: Hearing Held

### 08/25/2015 Court Minutes ▼

Comment
AUDIO TAPE NUMBER: 4; DEFENSE ATTORNEY: Bryce Powell; HEARING TYPE: Warrant Hearing; MINUTES CLERK: Jody Moreland; PROSECUTOR: Katherine Murdock; START TIME: 08/25/2015 9:40AM STOP TIME: 08/25/2015 9:41AM ENTRY BY: MORELAND; LAST UPDATE BY: MORELAND;

### 08/25/2015 Warrant Quashed or Recalled ▼

| | |
|---|---|
| Judicial Officer | Comment |
| Heise, Debra A. | Warrant Quashed Failed to Appear Arraignment 06/06/14 @ 9:00 a.m. Defendant: Panagiotou-Scigliano, Chris |

### 08/25/2015 Status Changed ▼

| | |
|---|---|
| Judicial Officer | Comment |
| Heise, Debra A. | STATUS CHANGED: Pending |

### 08/25/2015 ROA - Converted Event ▼

| | |
|---|---|
| Judicial Officer | Comment |
| Heise, Debra A. | Warrant Recall Notice Sent |

### 08/25/2015 Court Minutes ▼

| | |
|---|---|
| Judicial Officer | Comment |
| Heise, Debra A. | Court Minutes Hearing type: Warrant Hearing Hearing date: 8/25/2015 Time: 9:40 am Courtroom: Court reporter: Minutes Clerk: Jody Moreland |

Tape Number: 4 Defense Attorney: Bryce Powell Prosecutor: Katherine Murdock

### 08/25/2015 Notification of Rights ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Notification of Rights |

### 08/25/2015 Hearing Held ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Hearing result for Warrant Hearing scheduled on 08/25/2015 09:00 AM: Hearing Held Motion to Quash Bench Warrant |

### 08/25/2015 Motion Granted ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Hearing result for Warrant Hearing scheduled on 08/25/2015 09:00 AM: Motion Granted Motion to Quash Bench Warrant |

### 08/25/2015 ROA - Converted Event ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Demand For Sworn Complaint |

### 08/26/2015 Motion to Dismiss ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Motion To Dismiss |

### 08/26/2015 Warrant Returned - Served ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Original Warrant Returned |

### 08/27/2015 Order ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Order to Dismiss |

### 08/27/2015 Dismissed by Motion of the Prosecutor with Hearing ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | Dismissed by Motion of the Prosecutor with hearing (I18-705 Arrests & Seizures-Resisting or Obstructing Officers) |

### 08/27/2015 Status Changed ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | STATUS CHANGED: closed pending clerk action |

08/27/2015 Status Changed ▼

| Judicial Officer | Comment |
|---|---|
| Heise, Debra A. | STATUS CHANGED: closed |

08/27/2015 Case Final Judgment Entered

# Financial

No financial information exists for this case.