# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# WITNESS LIST

**Case No.:** 3:21-cr-00068-SLG-MMS     **Judge:** MATTHEW M. SCOBLE

**Title:** U.S.A.

vs. **CHRISTOPHER PANAGIOTOU-SCIGLIANO**

**Dates of Hearing/Trial:** September 17, 2021

**Deputy Clerk:** LISA M. HAWK

**Official Reporter:** NOT PRESENT

## WITNESSES

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 9/17/21 | 8:34 AM | 9:04 AM | W-1 | RICHARD PHEGLEY | DEF |
|  |  |  |  |  |  |