John P. Cashion
Cashion Gilmore & Lindemuth
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7932
Email: john@cashiongilmore.com

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>CHRISTOPHER PANAGIOTOU-SCIGLIANO,<br><br>               Defendant. | 3:21-cr-00068-SLG-MMS<br><br><br><br>**WAIVER OF RIGHT TO SPEEDY TRIAL** |

COMES NOW Defendant Christopher Panagiotou-Scigliano, by and through counsel, and pursuant to the Court's request at arraignment, hereby files an Acknowledgment and Waiver of Right to Speedy Trial Act.

Counsel has conferred with Mr. Panagiotou-Scigliano, discussed his right to a trial within seventy (70) days of arraignment, and secured Panagiotou-Scigliano's consent to filing of this waiver so as to allow adequate time for review of discovery, independent investigation, research of potential pre-trial motions, evaluating options for pre-trial resolution, and preparing for trial in the event that pre-trial resolution does not occur.

Panagiotou-Scigliano specifically agrees to tolling of time from arraignment through the date of his Trial Setting Conference.

DATED this 22nd day of September 2021, at Anchorage, Alaska.

CASHION GILMORE & LINDEMUTH
Attorneys for Defendant

s/ John P. Cashion
510 L Street, Suite 601
Anchorage, AK 99501
Phone: (907) 222-7932
Fax: (907) 222-7938
Email: john@cashiongilmore.com
Alaska Bar No. 9806025

Certificate of Service

I hereby certify that on September 22, 2021,
a copy of the foregoing document was
served electronically on:

AUSA James Klugman

s/ John P. Cashion