E. BRYAN WILSON
Acting United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER PANAGIOTOU-SCIGLIANO,<br><br>Defendant. | No. 3:21-cr-00068-SLG-MMS |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

The discovery in this case contains a significant volume of personal identifiable information and other sensitive material which would require a significant amount of time to fully redact. In order to facilitate prompt production and to allow the defense the greatest amount of time possible to prepare, the government asks the court to enter the attached order precluding the defense from leaving the discovery in the personal custody of the defendant and from making it available to persons other than the defendant; attorneys,

paralegals, investigators, and secretaries or other staff employed by the attorneys of record; and experts and consultants specifically retained for this case in order to perform work on behalf of the defense. This order will allow the government to provide the defense broad and early access to relevant and useful material while protecting the personal safety of the witnesses in this case.

Issuance of this order is not intended to prejudice the defendant's ability to seek modification or rescission if its terms prove unworkable, either generally or with respect to specific items of discovery, or to propose alternative mechanism that would safeguard the various interests involved.

Through counsel, the defendant indicated that he does not oppose the issuance of this protective order.


RESPECTFULLY SUBMITTED September 22, 2021 at Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

/s James Klugman
JAMES KLUGMAN
Assistant United States Attorney
United States of America

U.S. v. Panagiotou-Scigliano
3:21-cr-00068-SLG-MMS

Case 3:21-cr-00068-SLG-MMS    Document 22    Filed 09/22/21    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021
a true and correct copy of the foregoing
was served electronically on:

John Cashion

/s James Klugman
Office of the U.S. Attorney

U.S. v. Panagiotou-Scigliano
3:21-cr-00068-SLG-MMS