IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISTOPHER PANAGIOTOU-SCIGLIANO,

Defendant.

No. 3:21-cr-00068-SLG-MMS

**[PROPOSED]**
**PROTECTIVE ORDER**

Having duly considered the United States' unopposed motion for a discovery protective order, pursuant to Federal Rule of Criminal Procedure 16(d)(1), the Court finds good cause to order the following restrictions on discovery:

1. The "protected material" shall consist of the pretrial discovery provided by the government and designated as "protected".

2. Except as provided herein, defense counsel shall not distribute, show, or make available to individuals other than the defendant, his attorneys, defense investigators, or experts or consultants specifically retained by defendant's counsel (hereinafter "Defense Team") the protected material.

3. The Defense Team shall not leave with the defendant any copies of these items identified above by Bates number other than as described in paragraph 4, below.

4. The United States will provide the Defense Team with a copy of the items

listed in paragraph 1 on a digital storage device labeled protected or on a file transfer service in a folder labeled as protected. The Defense Team will copy these items onto another device or another thumb-drive and unencrypt them. The Defense Team will then mail these items to the Alaska Department of Corrections (DOC) for the defendant to check-out to review on a DOC computer during scheduled discovery-review sessions at the defendant's DOC facility. The defendant must return the thumb-drive to DOC's custody following any scheduled discovery-review sessions, and the thumb-drive does not become the defendant's property, either legal or personal. The thumb-drive must be returned to defense counsel when the defendant leaves DOC's custody. The defendant must review the thumb-drive's contents only when there are no other inmates present.

5. Defense counsel shall advise all members of the Defense Team and the DOC of the terms of this protective order. With respect to DOC, this includes mailing the protected materials on a digital device or thumb-drive labeled protected, placing this device in a red envelope that is labeled as protected and includes instructions for returning it to defense counsel when the defendant leaves DOC custody, and attaching a copy of this protective order.

6. Failure to comply with this Order by any member of the Defense Team shall be treated as a violation of court order and punishable as contempt.

U.S. v. Panagiotou-Scigliano
3:21-cr-00068-SLG-MMS

Case 3:21-cr-00068-SLG-MMS    Document 22-1    Filed 09/22/21    Page 2 of 3

This order is entered without prejudice to the ability of the defense or the government to seek its rescission, modification, or other appropriate relief as the circumstances of the case should demand.

IT IS SO ORDERED.

DATED _____ at Anchorage, Alaska.

_____
THE HON. MATTHEW M. SCOBLE
UNITED STATES MAGISTRATE JUDGE

U.S. v. Panagiotou-Scigliano
3:21-cr-00068-SLG-MMS

Page 3 of 3