John P. Cashion
Cashion Gilmore & Lindemuth
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7932
Email: john@cashiongilmore.com

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>CHRISTOPHER PANAGIOTOU-SCIGLIANO,<br><br>               Defendant. | 3:21-cr-00068-SLG-MMS<br><br><br><br>**NOTICE OF REQUEST FOR RULING** |

COMES NOW Defendant Christopher Panagiotou-Scigliano, by and through counsel, and requests a ruling on the Government's Unopposed Motion for Protective Order at Docket No. 22 so that the parties are able to effectuate the dissemination of discovery.

DATED this 29th day of September 2021, at Anchorage, Alaska.

CASHION GILMORE & LINDEMUTH
Attorneys for Defendant

s/ John P. Cashion
510 L Street, Suite 601
Anchorage, AK 99501
Phone: (907) 222-7932
Fax: (907) 222-7938
Email: john@cashiongilmore.com
Alaska Bar No. 9806025

Certificate of Service

I hereby certify that on September 30, 2021,
a copy of the foregoing document was
served electronically on:

AUSA James Klugman


s/ John P. Cashion