John P. Cashion
Cashion Gilmore & Lindemuth
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7932
Email: john@cashiongilmore.com

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER PANAGIOTOU-SCIGLIANO,<br><br>　　　　　Defendant. | 3:21-cr-00068-SLG-MMS<br><br><br>**NOTICE OF WAIVER OF PRESENCE AT TRIAL SCHEDULING CONFERENCE** |

COMES NOW Defendant Christopher Panagiotou-Scigliano, by and through counsel, and hereby informs the Court of his desire to not physically attend the Trial Scheduling Conference to occur on November 2, 2021 at 10:30 a.m.

Panagiotou-Scigliano is willing to either waive his right to attend the hearing entirely, allowing counsel to appear on his behalf, or to appear by phone from the Anchorage Correctional Complex.

DATED this 27th day of October 2021, at Anchorage, Alaska.

CASHION GILMORE & LINDEMUTH
Attorneys for Defendant

s/ John P. Cashion
510 L Street, Suite 601
Anchorage, AK 99501
Phone: (907) 222-7932
Fax: (907) 222-7938
Email: john@cashiongilmore.com
Alaska Bar No. 9806025

Certificate of Service

I hereby certify that on October 27, 2021,
a copy of the foregoing document was
served electronically on:

AUSA James Klugman


s/ John P. Cashion