UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>CHRISTOPHER PANAGIOTOU-<br>SCIGLIANO,<br><br>       Defendant. | 3:21-cr-00068-SLG-MMS<br><br><br>**PROPOSED ORDER** |

Mr. Panagiotou-Scigliano's unopposed motion to extend pretrial motions filing deadline is **GRANTED**.

Pretrial motions, if any, shall be filed on or before February 7, 2022. Other future court dates and filing deadlines will be discussed at the Status Conference scheduled to proceed on January 7, 2022 at 11:00 a.m.


DATED this _____ day of _____ 2021, at Anchorage, Alaska.


_____
Matthew M. Scoble
U.S. Magistrate Judge