AO 442 (Rev. 11/11) Arrest Warrant



**RECEIVED**
DEC 09 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# UNITED STATES DISTRICT COURT
for the
District of Alaska

**RECEIVED**
JUL 23 2021
United States Marshals Service
District of Alaska

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case Number: 3:21-CR-00068-SLG-DMS |
| vs. | ) | |
| | ) | |
| CHRISTOPHER PANAGIOTOU-SCIGLIANO | ) | |
| Defendant | | |

USMS - D/ALASKA - WARRANTS
FID # 11309347
WARRANT # 2106-0723-1097-J
Entered NCIC _NO_
Entered APSIN _____
- - - - - - - - - - - - - - - -
Removed NCIC _____
Removed APSIN _____

~~LAW ENFORCEMENT SENSITIVE~~
## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHRISTOPHER PANAGIOTOU-SCIGLIANO,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:2251(a)(e) SEXUAL EXPLOITATION OF CHILDREN – PRODUCTION OF CHILD PORNOGRAPHY – Count 1

Date: July 22, 2021        By   s/Brenda Kappler , Deputy Clerk
                                *Issuing officer's signature*

City and state: ANCHORAGE, AK    Brian D. Karth, Clerk of Court
                                 *Printed name and title*

### Return

This warrant was received on *(date)* 07-23-2021, and the person was arrested on *(date)* 07-23-2021
at *(city and state)* ID.

Date: 07/23/2021            _____
                             *Arresting officer's signature*

                             A. Cameron Munier, DUSM
                             *Printed name and title*