UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER PANAGIOTOU-
SCIGLIANO,

Defendant.

3:21-cr-00068-SLG-MMS

**PROPOSED ORDER**

Mr. Panagiotou-Scigliano's Second Unopposed Motion to Extend Pretrial Motions Filing Deadline is **GRANTED**.

Pretrial motions, if any, shall be filed on or before April 7, 2022.  Other future court dates and filing deadlines will be discussed at the Status Conference scheduled to proceed on March 24, 2022 at 10:30 a.m.

DATED this _____ day of _____ 2022, at Anchorage, Alaska.

_____
Matthew M. Scoble
U.S. Magistrate Judge