JOHN E. KUHN, JR.
United States Attorney

JENNIFER IVERS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jennifer.ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:21-cr-00068-SLG-MMS |
| | ) |
| CHRISTOPHER PANAGIOTOU-SCIGLIANO, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**NOTICE OF ATTORNEY APPEARANCE**

COMES NOW the United States, by and through undersigned counsel, and hereby

gives notice that Assistant U.S. Attorney, Jennifer Ivers, now appears as lead counsel for

the United States of America in the above-entitled action.

//

//

//

All future correspondence in this matter should be sent to:

> Jennifer Ivers
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 West Seventh Avenue, #9, Room 253
> Anchorage, Alaska 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> Email: jennifer.ivers@usdoj.gov

RESPECTFULLY SUBMITTED February 23, 2022, at Anchorage, Alaska.

> JOHN E. KUHN, JR.
> United States Attorney
>
> s/ Jennifer Ivers
> JENNIFER IVERS
> Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2022
a true and correct copy of the foregoing
was served electronically on:

John Cashion

s/ Jennifer Ivers
Office of the U.S. Attorney

U.S. v. Panagiotou-Scigliano
3:21-cr-00068-SLG-MMS

Page 2 of 2

Case 3:21-cr-00068-SLG-MMS     Document 39     Filed 02/23/22     Page 2 of 2