John P. Cashion
Cashion Gilmore & Lindemuth
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7932
Email: john@cashiongilmore.com

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>CHRISTOPHER PANAGIOTOU-SCIGLIANO,<br><br>              Defendant. | 3:21-cr-00068-SLG-MMS<br><br><br><br><br>**MOTION TO WITHDRAW & SUBSTITUTE AS CJA COUNSEL** |

A period of excludable delay under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i), (ii), and (iv) will occur as a result of the filing of this motion. As of the date of this motion, 70 days remain before trial must begin pursuant to the Speedy Trial Act

Pursuant to Local Criminal Rule 44.1(b), Cashion Gilmore & Lindemuth moves that it be permitted to withdraw as attorneys for Defendant Christopher Panagiotou-Scigliano. Good cause to allow withdrawal exists, as Mr. Panagiotou-Scigliano is indigent and can no longer afford the services of private defense counsel. Furthermore, after consultation with the Federal Public Defender's representative for the CJA Panel, it is requested that defense counsel be allowed to maintain the case and to substitute as CJA counsel for Mr. Panagiotou-Scigliano.

It is respectfully requested that the Court schedule a hearing to consider this Motion and to conduct any required financial inquiry of Mr. Panagiotou-Scigliano.

DATED this 5th day of April 2022, at Anchorage, Alaska.

CASHION GILMORE & LINDEMUTH
Attorneys for Defendant

s/ John P. Cashion
510 L Street, Suite 601
Anchorage, AK 99501
Phone: (907) 222-7932
Fax: (907) 222-7938
Email: john@cashiongilmore.com
Alaska Bar No. 9806025

Certificate of Service

I hereby certify that on April 5, 2022,
a copy of the foregoing document was
served electronically on:

AUSA Jennifer Ivers

s/ John P. Cashion