UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CHRISTOPHER PANAGIOTOU-SCIGLIANO,<br><br>        Defendant. | 3:21-cr-00068-SLG-MMS<br><br>**PROPOSED ORDER** |

A hearing is hereby scheduled to consider the Motion to Withdraw & Substitute as CJA Counsel in the above-captioned matter. The hearing shall occur on _____.

DATED this \_\_\_\_\_ day of _____ 2022, at Anchorage, Alaska.

_____
Matthew M. Scoble
U.S. Magistrate Judge