UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER PANAGIOTOU-
SCIGLIANO,

Defendant.

3:21-cr-00068-SLG-MMS

**PROPOSED ORDER**

Mr. Panagiotou-Scigliano's Unopposed Motion to Continue Status

Hearing is **GRANTED**.

The Status Hearing set for July 8, 2022 at 11:00 a.m. is **VACATED** and

rescheduled to proceed on _____.

DATED this _____ day of _____ 2022, at Anchorage, Alaska.

_____
Chief Judge Sharon L. Gleason
United States District Court