John P. Cashion
Cashion Gilmore & Lindemuth
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7932
Email: john@cashiongilmore.com

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CHRISTOPHER PANAGIOTOU-SCIGLIANO,<br><br>        Defendant. | 3:21-cr-00068-SLG-MMS<br><br>NOTICE OF INTENT TO CHANGE PLEA |

Christopher Panagiotou-Scigliano, by and through counsel, hereby gives notice of his intent to change plea pursuant to the terms of a Plea Agreement negotiated with the Government. The parties are finalizing production of the Plea Agreement for filing with the Court.

Scheduling of a change of plea hearing is respectfully requested at a date convenient for the Court.

DATED this 6th day of October 2022, at Anchorage, Alaska.

CASHION GILMORE & LINDEMUTH
Attorneys for Defendant

s/ John P. Cashion
510 L Street, Suite 601
Anchorage, AK 99501
Phone: (907) 222-7932
Fax: (907) 222-7938
Email: john@cashiongilmore.com
Alaska Bar No. 9806025

Certificate of Service

I hereby certify that on October 6, 2022, a copy of the foregoing document was served electronically on:

AUSA Jennifer Ivers

s/ John P. Cashion