IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER PANAGIOTOU-SCIGLIANO,<br>    Defendant. | Case No. 3:21-cr-00068-SLG-MMS<br><br>**<u>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE</u>** |

The Defendant has been advised of the right to enter a plea before a United States District Judge. The Defendant, defense counsel, and the attorney for the Government consent to have the Defendant's plea(s) taken by a United States Magistrate Judge pursuant to Fed.R.Cr.P. 11 and 59. The parties understand that if the Magistrate Judge recommends that the plea(s) of guilty be accepted, a pre-sentence investigation report will be ordered pursuant to Fed.R.Crim.P. 32. The parties further understand that objections to the Magistrate Judge's Report and Recommendation must be filed within the time provided in Fed.R.Cr.P. 59. The assigned District Judge will act on the Magistrate Judge's Report and Recommendation; decide whether to accept any plea agreement; adjudicate guilt; and determine and impose sentence.

DATED this <u>19th</u> day of <u>October</u>, 20<u>22</u>.

_/s/_ _____        _/s/_ _____
Attorney for Defendant                                                             Defendant

_/s/_ _____        N/A _____
Assistant United States Attorney                              Interpreter for Defendant