S. LANE TUCKER
United States Attorney

JENNIFER IVERS
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Jennifer.ivers@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER PANAGIOTOU-SCIGLIANO,<br><br>Defendant. | ) Case No. 3:21-cr-00068-SLG-MMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR VICTIM TO APPEAR BY VIDEO**

The United States of America, by and through undersigned counsel, respectfully

files this Motion for Victim to Appear by Video at the Imposition of Sentence in the

above-entitled case for J.C.  Sentencing is currently scheduled for Thursday, February 2,

2023 at 10:30 a.m.

J.C. resides out of state and is unable to travel to Alaska to attend the hearing in

person and would like to appear by video to provide a victim impact statement.

This Court previously reserved Virtual Courtroom A for this hearing. *See* Doc. 68.

RESPECTFULLY SUBMITTED this 1st day of November, 2022, at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ *Jennifer Ivers*
JENNIFER IVERS
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2022, a
true and correct copy of the foregoing was
served electronically on the following:

John Cashion

s/ *Jennifer Ivers*
Office of the United States Attorney