IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER PANAGIOTOU-<br>SCIGLIANO,<br><br>Defendant. | ) Case No. 3:21-cr-00068-SLG-MMS<br>)<br>)<br>) **[PROPOSED] ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Having duly considered the United States' Motion for Victim Appear by Video, the motion is hereby GRANTED.

Victim may appear by video by calling _____ and enter Access Code _____ five minutes prior to the hearing.

DATED this _____ day of November, 2022, at Anchorage, Alaska.


_____
UNITED STATES DISTRICT JUDGE