January 11, 2023

The Honorable Sharon L. Gleason
Chief U.S. District Judge
District of Alaska

Dear Judge Gleason,

First, let me introduce myself. I am a 64-year-old retired hospitality director. During my 25-year career I managed teams of sales managers, catering sales managers, and convention services managers for hotel facilities throughout the United States. At one time I served as the Director of Sales for the Austin Texas Convention and Visitors Bureau, During this time I managed 13 managers who promoted Austin as a destination for trade shows, conventions, and corporate events. I am now retired and living in Las Vegas.

I have known Christopher Panagiotou-Scigliano for three years. During this time, we have become very close. Having no children Chris has become like a son to me. It has been my pleasure to support him as he struggles to come away from the extreme religious cult which he was raised and lived in until his late 30's. I have guided him through discovering the World and have worked with him to develop a balanced view. I truly wish I had met him earlier in his journey.

Chris is a very honest and caring man. It is not in his nature to harm anyone or anything. He has come to the realization that his actions and behaviors have harmed others and he is truly remorseful. It is his desire to pay his debt to society and I support him with this effort. When he has been assigned to a federal facility, it is my plan to relocate to the area. In this area I plan to purchase a small farm where I will live and where Chris can come after his incarceration. He has always been a farmer and someone

who raised bees for honey so he will be able to continue this endeavor after serving his time. This will make a healthy environment for him.

      Chris has shown himself to be a rule follower. During a time when he was released for home arrest, I traveled to Northern Idaho to supervise. We printed out the conditions he needed to follow and made sure we did everything appropriately. During his time at the Anchorage Detention Center, he has been a model inmate. Many of the other inmates look up to him and seek him out when going through difficult situations. He is totally non-violent and tries to be an example for others.

      Chris and I have talked many times about his need for professional psychological treatment to deal with many aspects of his early life. He looks forward to working through issues with a psychological specialist. If possible, I would like to hire a private psychiatrist when he gets settled to help him work through his sexuality and dealing with the extreme religious cult of his early life. He has been severely scarred by these experiences.

In conclusion, let me say I became an astute judge of character during my career. Chris is a good man that was misguided and ended up doing bad things. He never wants to do this again. I know he will work hard to become a better person and I plan to support him to achieve his goals.

Richard Phegley

8518 Glenmount Drive

Las Vegas, Nevada 89134