January 15 2023

The Honorable Sharon L. Gleason
Chief U.S. District Judge
District of Alaska

Dear Judge Gleason,

I am writing in regards to the case of Christopher Panagiotou-Scigliano. My name is David M Zamjahn and I have known Chris about 3 years. After meeting we found we both had many similar interests in outdoor life. He was living on a lake in Alaska and I have a 2nd home on a chain of lakes in northern Wisconsin which I am currently in the process of moving to full time. We found so much to talk about and share. Over the months we became good friends and were in touch regularly. The kindness and caring he expressed toward all people came across so many times no matter what the situation might be he wants to be there to help. He never has an unkind word, even about those that hurt him.

Then Labor Day 2020 weekend came along I was going up to Wisconsin and Chris was going out hiking and camping with Ben, he told me he would be out of reach till Monday. When I didn't hear from him, I got a little concerned but figured he was out enjoying. I did not hear anything for several days and was getting very worried. On Thursday I got an email from Ben letting me know that Chris had been arrested, I was shaken, Ben said he would be in touch when he got a new phone, his was taken. I got another brief email 3 days later but not much information Ben was using a neighbor's computer. I finally got a call about 2 weeks later he had just gotten a phone and was filled in. I then contacted Lemon Creek to find out how to get in touch with Chris. I proceeded to set up a phone account and sent him a card with a letter letting him know he can call me anytime. Once he was able to call, we have spoken 5 to 6 times a week, as well as regular letters and uplifting greeting cards.  As things progressed, I got to really know who Chris is and how honest and trustworthy he is. When the opportunity came to get bail, I did not think twice about using my line of credit to get him out. I know how trustworthy Chris is more so than almost anyone else I have ever known. I and another friend stayed with him during this time in

Idaho. While there we got to see how similar many of our likes are, from music to television and movies and food. We both enjoyed cooking and even in the small kitchen had fun creating meals. I had my dog along and she and Chris had an instant bond, now if I am on speaker phone and she hears him she knows him. During this visit I learned firsthand how reliable and responsible a person Chris is. He has more concern for others than himself. When he was arrested to be returned to Alaska, we continued to be in touch with regular phone calls, letter, and cards. During 2022 I made 2 trips to Anchorage one in spring and again in fall. The primary purpose was visiting Chris which I did every day of my visit. But did get in some fantastic hikes and sightseeing, it was fantastic. The fall visit was great almost 3 weeks and one of the supervisors at ACC granted 2-hour visits as long as they had the capacity, 2 hours went by so quickly each day. I feel I have known him forever as I know his life from birth, from his very unconventional up bringing to his times farming and caring for his siblings to his adventures in Alaska. Hours of learning who he is. So often Chris also talks to me about how others in his unit come to him for help when they are down or have had bad news from their home and even with all that is bringing him down, he is there for them, he is a shoulder they can lean on and an ear that will listen and not be judgmental. He has always been a person that helps. It all adds up to the goodness in his heart. Those who haven't seen it have not taken the time to really listen to and hear him.

We have frequently talked about Chris' future and he has always expressed his desire to co-operate fully with whatever is needed. From counselling which will be of a benefit for him to release terms and I plan to be there and continue as I have been for the past years with positive encouragement. There will be a lot more visiting too, I would like to buy a small condo nearby wherever he is to make regular visits possible, at any time without having to worry about "where will I stay ". All I will have to do is hop in the car and go, and I love road trips. We also have discussed Chris' after release future and I have assured him he has a home to come to and it will always be his home. I will be there for him as I have been thru all of the hard times. We each have someone we can count on. I feel I know Chris better than anyone else I have ever known and he knows me better than anyone. We both know there is a long road ahead, but know it will not be a road Chris will not have to go down alone. There may be some tough times but I will be there to help him along. As I have often told Chris …I am not one to turn my back on those in

my life and I will not turn my back on you Chris You always have a home and someone to lean on who truly cares.

I really appreciate you reading this and giving it your consideration. If you would like any more information or have any questions you may contact me at any time . information is below.

Sincerely

*David M Zamjahn*

David M Zamjahn



Phone 847-400-6232

Email davez118@aol.com

Illinos Address  419 N Maple St Mt Prospect Il 60056

Wisconsin Address  13421 Poplar Rd Mail to PO Box 112 Manitowish Waters Wi 54545