S. LANE TUCKER
United States Attorney

SETH BEAUSANG
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Seth.Beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER PANAGIOTOU-SCIGLIANO,<br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:21-cr-00068-SLG |

## <u>MOTION FOR PRELIMINARY ORDER OF FORFEITURE</u>

Plaintiff, the United States of America, hereby moves this Court, pursuant to Fed. R. Crim. P. 32.2(b)(2), to enter the Preliminary Order of Forfeiture attached to this motion, based on defendant's guilty plea and admission to forfeiture on October 19, 2022, Dkt. 61, as set forth in the Criminal Forfeiture Allegations of the Indictment, Dkt. 2, and restated in his Plea Agreement, Dkt. 57.

RESPECTFULLY SUBMITTED this 27th day of February 2024, in

Anchorage, Alaska.

S. LANE TUCKER<br>
United States Attorney

<i>/s/Seth Beausang</i><br>
SETH BEAUSANG<br>
Assistant United States Attorney<br>
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on the filing date, a true copy
of the foregoing was served electronically on:

**Counsel for Defendant**

<i>/s/Seth Beausang</i>
Assistant United States Attorney

*United States v. Christopher Panagiotou-Scigliano*          *3:21-cr-00068-SLG-DMS*
Motion for Preliminary Order of Forfeiture                                    Page 2
Case 3:21-cr-00068-SLG-MMS    Document 90    Filed 02/27/24    Page 2 of 2